**The PEOPLE of the State of Colorado, Petitioner,**

v.

**Timothy VIALPANDO, Respondent.**

**No. 91SC82.**

Supreme Court of Colorado,
En Banc.

Feb. 25, 1992.

### ORDER OF COURT

Upon consideration of the Record on Appeal, together with the written and oral arguments of counsel, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that Certiorari is DENIED as having been improvidently granted.

VOLLACK, J., dissents.